vent the collection of any securities deposited for the benefit of the plaintiff.

In the Matter of George Keller. — Motion denied. See Mem.

In the Matter of Augustus A. Levey. — Order of reference signed.

In the Matter of Zenobia Hanfield. — Reference ordered.

In the Matter of Mary Ann Hunt. — Order of reference signed.

In the Matter of John McQuade. — Reference ordered; notice of proceedings to be given to Suburban Rapid Transit Company.

In the Matter of Eleanor Rowland. — Order of reference signed.

In the Matter of Julia Huerstel. — Order of reference to take proof as to title granted.

In the Matter of Henry Morrison. — Notice ordered to be given to owners of equity.

## FIFTH DEPARTMENT, JUNE TERM, 1889.

The People of the State of New York, Respondent, v. Caroline Smith and another, Appellants. — Judgment and conviction affirmed and case remitted to the Court of Sessions of Erie county to proceed thereon.

Daniel W. Jones, Respondent, v. William R. Crumb and others, Appellants. — Judgment reversed and new trial granted before another referee. Costs of this appeal to abide the event. Opinion by Barker, P. J.

Jonas P. Varnum, Receiver, etc., Respondent, v. E. Kirk Hart and others, Appellants, Impleaded, etc. — Judgment modified in accordance with opinion of Barker, P. J., and as modified affirmed, with costs. Ordered to be settled by Barker, P. J.

In the Matter of the Application of William Spalding, Respondent, v. The County Treasurer of Niagara County, Appellant. — Order affirmed. Opinion by Barker, P. J.

George W. Cole, Appellant, v. Sidney B. Roby, Respondent. — Order affirmed, with costs.

Samuel Bryant, as Administrator, Respondent, v. The Town of Randolph, Appellant. — Judgment and order reversed. New trial granted, costs to abide event. Opinion by Macomber, J.; Barker, P. J., not voting.

Betsy Whitman, Administratrix, etc., Appellant, v. Matthew F. Foley and others, Respondents. — Case ordered resettled that it may appear whether all the evidence taken by the referee is contained in the record.

James Coddington, Assignee, Appellant, v. Eunice J. Bowen, Respondent. — Judgment modified by striking out the sum of $307.47 costs, and as modified, affirmed, without costs to either party. Opinion by Macomber, J.

Theodore H. Coddington, Appellant, v. Eunice J. Bowen, Respondent. — Judgment affirmed, with costs. Opinion by Macomber, J.

Edward P. Stuart, Trustee, etc., Respondent, v. Russell C. Bates and others, Executors, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dwight, J.

In the Matter of Hiram P. Abbey, a Supposed Lunatic, Appellant. — Order affirmed, with costs of this appeal to abide the final award of costs. Opinion by Macomber, J.

Charles L. Bingham, Receiver, Respondent, v. John Hyland, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dwight, J.; Macomber J. not sitting.

James S. McKay and others, Superintendents of the Poor, Respondents, v. William Welch, Jr., Overseer of the Poor, etc., Appellant. — Judgment reversed and new trial granted before another referee. Opinion by Macomber, J.

Jewell M. Burgdorf, Respondent, v. Benjamin F Odell, Appellant. — Judgment and order reversed and a new trial granted. Opinion by Dwight, J.

Bowers H. Leonard, Executor, etc., Respondent, v. James Brown, Appellant. — Judgment affirmed.

Alice Knight, Respondent, v. The Supreme Council of the Order of Chosen Friends, Appellant. — Order affirmed and judgment directed for the plaintiff on the verdict. Opinion by Macomber, J.

Albert H. Pickard, President, etc., Appellant, v. John Simson, Respondent. — Judgment and order affirmed. Opinion by Dwight, J.

Hiram W. Sibley, Survivor, etc., Plaintiff, v. Chauncey G. Starkweather Defendant. — Motion for new trial granted, with costs to the plaintiff to abide the event. Opinion by Dwight, J.

Allen J. Hastings v. The Brooklyn Life Insurance Company. — Motion for a new trial granted, with costs to the defendant to abide the event. Opinion by Macomber, J.

Sidney U. Smith, Respondent, v. Samuel C. Smith, Appellant. — Judgment affirmed. Opinion by Dwight, J.

William Richardson and others, Respondents, v. James H. Stevens, Appellant. — Judgment of the County Court and of the justice reversed, with costs. Opinion by Macomber, J.

Michael Wollung, Respondent, v. Jane Akin, Respondent, and Matthew Akin and others, Appellants. — Order of County Court affirmed, with ten dollars costs and disbursements. Opinion by Barker, P. J.

George C. Buell and others, Appellants, v. Benjamin F. Van Camp (Orleans County National Bank, Respondent). — Order reversed, with ten dollars costs and disbursements, Opinion by Macomber, J.

In the Matter of Thomas S. King, Police Justice of Buffalo. — Application for removal denied and petition dismissed, without costs. Opinion by Macomber, J.

Henry L. Fish and others, Respondents, v. Alice M. Colvin, Appellant. — Judgment reversed and new trial granted, with costs of this appeal to the defendant to abide event. Opinion by Dwight, J.

John Broezel, Jr , and others, Appellants, v. The City of Buffalo. Respondent. — Judgment affirmed. Opinion by Macomber, J.

William D. Tabor, Appellant, v. The Board of Supervisors of the County of Erie, Respondent. — Order reversed and motion for new trial granted, with costs of this appeal to abide event. Opinion by Dwight, J.; Barker, P. J., not voting.

Margaret A. Moore, Respondent, v. William McCartney, Appellant. — Judgment affirmed, with costs.

Morris S. Jackson, Respondent, v. William A. Stace, Appellant, Impleaded, etc. — Judgment and order affirmed.

Christopher Halpin, Respondent, v. Hotchkiss S. Finch, Appellant. — Judgment and order affirmed. Opinion by Macomber, J.

M. Delancy Bellows, Superintendent, etc., Plaintiff, v. David Courter, Overseer, etc., Defendant. — Motion for a new trial denied and judgment ordered for the defendant, dismissing the complaint. Opinion by Dwight, J.

George D. Forsyth and others, Respondents, v. John W. Hannan, Sheriff, etc , Appellant. — Judgment affirmed on the opinion of Morgan, late county judge.